FILED

MAR 05 2007

CLERK
NORTHERN...
...RT
...ORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-07-70123 HRL |
| Plaintiff, | **ORDER CONTINUING ORDER APPOINTING FEDERAL PUBLIC DEFENDER** |
| v. | |
| J. JESUS VEGA-ARROYO, | |
| Defendant. | |

This Defendant appeared before the Court on Thursday, March 1, 2007 for his initial appearance.[1] At that time it appeared as though the Defendant co-owned real property with substantial equity which may have affected his eligibility for the appointment of counsel.

At his detention hearing today, the Assistant Federal public Defender, Cynthia Lie, clarified that upon speaking to the Defendant's relatives she learned that the Defendant had quit claimed the family home to his wife prior to the last deportation to Mexico. Based on that representation, the Court finds that the Defendant is eligible for the appointment of counsel and continues the Order appointed the Federal Public Defender to represent him.

Dated: 3/5/07

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*