*efiled 4/4/07

1  BARRY J. PORTMAN
Federal Public Defender
2  CYNTHIA C. LIE
Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant VEGA-ARROYO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00139 JF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| vs. | |
| JESUS VEGA-ARROYO, | |
| Defendant. | |

## STIPULATION

The parties hereby stipulate and agree that the initial district court appearance in the above-captioned matter, currently set for Wednesday, April 4, 2007, may be continued to Wednesday, April 25, 2007 at 9:00 a.m.  The reason for the requested continuance is to permit the defense to further investigate Mr. Vega's criminal history, for purposes of finalizing the terms of a proposed settlement agreement pursuant to Rule 11(c)(1)(C).

The parties further stipulate and agree that 21 days may be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), for the effective preparation of counsel.

Stipulation and [Proposed] Order Continuing
Hearing                                                  1

Dated: April 2, 2007

                                                  s/_____
                                                  CYNTHIA C. LIE
                                                  Assistant Federal Public Defender

Dated: April 2, 2007

                                                  s/_____
                                                  ERIC D. ROSEN
                                                  Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial district court appearance in the above-captioned matter shall be continued from April 4, 2007 to Wednesday, April 25, 2007 at 9:00 a.m.

It is further ordered that 21 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), as the time reasonably necessary for effective preparation of counsel.

Dated: April 3, 2007

                                                  _____
                                                  JEREMY FOGEL
                                                  United States District Judge