**E-filed 4/23/07**

BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant VEGA-ARROYO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00139 JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING HEARING |
| vs. ) | |
| ) | |
| JESUS VEGA-ARROYO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

The parties hereby stipulate and agree that the initial district court appearance in the above-captioned matter, currently set for Wednesday, April 25, 2007, may be continued to Wednesday, May 9, 2007 at 9:00 a.m.  The reason for the requested continuance is to permit the defense to continue its investigation of Mr. Vega's criminal history, for purposes of finalizing the terms of a proposed settlement agreement pursuant to Rule 11(c)(1)(C).

The parties further stipulate and agree that 14 days may be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), for the effective preparation of counsel.

Stipulation and [Proposed] Order Continuing
Hearing                                                                1

1 | Dated: April 19, 2007

2 |                                  s/_____
                                 CYNTHIA C. LIE
3 |                                  Assistant Federal Public Defender

4 | Dated: April 20, 2007

5 |                                  s/_____
                                 BENJAMIN KENNEDY
6 |                                  Assistant United States Attorney

### [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial district court appearance in the above-captioned matter shall be continued from April 25, 2007 to Wednesday, May 9, 2007 at 9:00 a.m.

It is further ordered that 14 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), as the time reasonably necessary for effective preparation of counsel.

Dated: April _23_, 2007

                                 _____
                                 JEREMY FOGEL
                                 United States District Judge