**E-filed 5/22/07**

1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant VEGA-ARROYO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00139 JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING HEARING |
| vs. ) | |
| ) | |
| JESUS VEGA-ARROYO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

The parties hereby stipulate and agree that the status hearing in the above-captioned matter, currently set for Wednesday, May 23, 2007, may be continued to Wednesday, June 6, 2007 at 9:00 a.m.  The reason for the requested continuance is that the state superior court in which Mr. Vega's prior criminal history records are believed to be maintained has reported delays in processing the defense's prior requests for those records.  The defense believes these records to be necessary for an accurate calculation of Mr. Vega's criminal history under the terms of a proposed settlement agreement pursuant to Rule 11(c)(1)(C).  The parties are optimistic that this will be the last continuance requested before either disposition or the scheduling of trial and/or motions.

The parties further stipulate and agree that 14 days may be excluded from the time within

Stipulation and [Proposed] Order Continuing
Hearing                                                    1

1  which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and
2  (h)(8)(B)(iv), for the effective preparation of counsel.

4  Dated: May 21, 2007

5                                              s/_____
                                                CYNTHIA C. LIE
6                                               Assistant Federal Public Defender

7  Dated: May 21, 2007

8                                              s/_____
                                                BENJAMIN KENNEDY
9                                               Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial district court appearance in the above-captioned matter shall be continued from May 21, 2007 to Wednesday, June 6, 2007 at 9:00 a.m.

It is further ordered that 14 days shall be excluded from the time within which trial shall commence under the Speedy Trial Act, 18 U.S.C. §§3141(h)(8)(A) and (h)(8)(B)(iv), as the time reasonably necessary for effective preparation of counsel.

Dated: May 22, 2007

                                                _____
                                                JEREMY FOGEL
                                                United States District Judge

Stipulation and [Proposed] Order Continuing Hearing                     2